# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C/O SHAW, et al.,<br><br>　　　　Defendants. | Case No. 1:13-cv-00042 DLB PC<br><br>ORDER VACATING SCHEDULING ORDER<br><br>[ECF No. 25] |

　　　　Plaintiff Timothy Johnson ("Plaintiff") is a California state prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on January 3, 2013.  On October 9, 2013, the Court dismissed the complaint with leave to amend.  On October 23, 2013, Plaintiff filed a First Amended Complaint.  On December 2, 2014, the Court found certain claims cognizable and dismissed certain claims and defendants.  Plaintiff was directed to submit service documents.  On December 31, 2014, the U.S. Marshal was directed to serve Defendant Remotigoe.  On March 3, 2015, the waiver of service was returned executed.  On March 9, 2015, Defendant Remotigoe filed a motion to dismiss.  On March 11, 2015, the Court issued a discovery and scheduling order by error.  The discovery and scheduling order is HEREBY VACATED.

IT IS SO ORDERED.

　　Dated:　**March 12, 2015**　　　　　　　　　/s/ *Dennis L. Beck*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1